David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
HEATHER M. STANGEL

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER M. STANGEL,<br><br>Plaintiff,<br><br>vs.<br><br>CASH 1, LLC,<br><br>Defendant. | Case No.: **2:18-cv-01508-RFB-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN HEATHER M. STANGEL AND <u>CASH 1, LLC</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between HEATHER M. STANGEL ("Plaintiff") and Defendant CASH 1, LLC ("CASH1") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against CASH1, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing

requirements as to CASH1 be vacated and that the Court set a deadline sixty (60)

from present for filing a Dismissal as to CASH1.

Dated:  August 30, 2018

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
**HEATHER M. STANGEL**