David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
HEATHER M. STANGEL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER M. STANGEL, | Case No. 2:18-cv-01508-RFB-PAL |
| Plaintiff, | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| v. | |
| CASH 1, LLC, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), CASH 1, LLC, the Defendant, not having filed or served answers or motions for summary judgment; the Plaintiff in the above-entitled action, as to CASH 1, LLC requests, authorizes, and directs the Clerk of the Court to enter a judgment of dismissal with prejudice, each party to bear its own attorney's fees and costs.

Dated:        September 5, 2018

                        Respectfully submitted,

                        By:     /s/David H. Krieger, Esq.
                                David H. Krieger, Esq. (Nevada Bar No. 9086)
                                HAINES & KRIEGER, LLC
                                8985 S. Eastern Avenue, Suite 350
                                Henderson, Nevada 89123
                                *Attorney for Plaintiff*